AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail parcel tracking number 9505 5158 6764 0169 7371 41,<br>postmarked June 17, 2020, weighing 1 pound 10 ounces, addressed to A1<br>Stickers and decals, 5211 Washington Blvd Suite 2 #276, Commerce, CA 90040<br>with a return address of Addison Hensley, 4134 Richardson Rd, Independence,<br>KY 41051 | )<br>)<br>)<br>)<br>)<br>)    Case No.   **1:20-MJ-00499** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Priority Mail parcel tracking number 9505 5158 6764 0169 7371 41

located in the    Southern    District of    Ohio    , there is now concealed *(identify the person or describe the property to be seized):*
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance<br>Possession with intent to distribute a controlled substance |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.

☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence. **via electronic means.**

Date:    **Jul 9, 2020**

*Judge's signature*

City and state:   Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE:  I am a United States Postal Inspector, having been so employed since March 2003.

1.      I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southwest Ohio, northern Kentucky, and southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2.      Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances.  Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service.  As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances.  Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery or sender address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

3.      Between June 16, 2020 and June 18, 2020, 5 parcels were located and obtained from the Postal Processing & Distribution Center (P&DC), Cincinnati, Ohio addressed to A1 Stickers and Decals, 5211 Washington Blvd Suite 2 #276, Commerce, CA 90040 (SUBJECT ADDRESS). The SUBJECT ADDRESS is a UPS store where post office boxes can be rented. Your affiant knows through her training and

experience that sometimes an individual will rent a box or uses an address of a business to elude law enforcement and make a parcel appear to be legitimate instead of the use of their residence address. Your affiant requested to be notified when any parcels are mailed to the SUBJECT ADDRESS.

4.      Your affiant reviewed postal business records and learned that at least 18 parcels have been mailed to the SUBJECT address from southern Ohio and northern Kentucky since April 2020.

5.      Your affiant obtained federal search warrants for the aforementioned parcels and all were found to contain U.S. currency. One of the parcels contained an order sheet of various THC (Tetrahydrocannabinol - a schedule I controlled substance) products along with the U.S. currency. The contents are being seized by the government.

6.      On or about June 18, 2020, your affiant was notified that Priority Mail parcel postal tracking number 9505 5158 6764 0169 7371 41 (PARCEL 1) going to the SUBJECT ADDRESS had processed through a postal facility in Cincinnati, Ohio and was enroute to the office of delivery. Your affiant obtained an image of PARCEL 1 and learned the parcel is addressed to A1 Stickers and decals, 5211 Washington Blvd Suite 2 #276, Commerce, CA 90040 with a return address of Addison Hensley, 4134 Richardson Rd, Independence, KY 41051.  Your affiant contacted the Commerce Post Office, Commerce, California and requested PARCEL 1 be returned to her for further investigation.

7.      On or about June 22, 2020, your affiant received PARCEL 1.

8.      Your affiant did a check of a postal system and learned that Priority Mail Express parcel label number EJ422684603US (PARCEL 2) addressed to A1 Stickers and decals, 5211 Washington Blvd Suite 2 #276, Commerce, CA 90040 with a return address of Joe Haas, 400 Berry Ave, Bellevue, KY 41073 and Priority Mail Express parcel tracking number 9481 7036 9930 0037 7294 03 (PARCEL 3) addressed to A1 Stickers and Decals, 5211 E Washington Blvd Ste 2, Commerce, CA 90040-3963 with a return address of Austyn Noonan, 1491 Arlington Dr, Florence, KY 41042-9377 had processed through the Cincinnati Postal Processing & Distribution Center (P&DC).  Your affiant contacted the P&DC and requested PARCEL 2 and 3 be placed in a secure area for further investigation.

9.      On or about June 23, 2020, your affiant obtained PARCEL 2 and 3 from the Cincinnati P&DC.

10.     Your affiant did a check in CLEAR regarding the return addresses on PARCEL 1, 2 and 3. CLEAR is a database that is used by law enforcement as a tool to identify person/business and address

information.  According to CLEAR, the name "Hensley" is associated with the return address on PARCEL 1 but your affiant was unable to locate the name "Addison" and the name "Haas" is associated with the return address on PARCEL 2 but your affiant was unable to locate the name "Joe". The name "Austyn Noonan" is associated with the return addresses on PARCEL 3.

11.      On or about June 29, 2020, Cincinnati Police Department Specialist Mike Harper was contacted to arrange for a narcotic canine to check PARCEL 1, 2 and 3.  Specialist Harper responded to the Postal Inspection Service office, Cincinnati, Ohio where the parcels were placed in a separate controlled area and presented to narcotic canine, "Cairo". "Cairo" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon PARCEL 1, 2 and 3.  Your affiant knows that Specialist Harper and narcotic canine "Cairo" train regularly and are certified annually through the Ohio Peace Officer Training Academy.  Your affiant has presented countless parcels to Specialist Harper and canine "Cairo" which has resulted in successful seizures of a quantity of a narcotic or other dangerous controlled substance and their proceeds or instrumentalities therefore your affiant considers them to be reliable.  Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

12.      On or about July 1, 2020, your affiant was notified that Priority Mail parcel postal tracking number 9505 5066 1186 0181 0994 73 (PARCEL 4) going to the SUBJECT ADDRESS had processed through a postal facility in Cincinnati, Ohio and was enroute to Commerce, California.  Your affiant contacted the Commerce Post Office and requested to be contacted when PARCEL 4 arrived at their office.

13.      On or about July 2, 2020, your affiant learned that Priority Mail parcel postal tracking number 9505 5265 2061 0181 3486 16 (PARCEL 5) going to the SUBJECT ADDRESS had processed through a postal facility in Cincinnati, Ohio and was enroute to Commerce, California.

14.      Your affiant contacted the Commerce Post Office regarding PARCEL 4 and 5.  Your affiant learned PARCEL 4 is addressed to A1 Stickers & decals, 5211 Washington Blvd Ste 2 #276, Los Angeles, CA 90040-3963 with a return address of Bryson Biehl, 6536 hearne rd, Cincinnati, Ohio 45248.  Your affiant requested PARCEL 4 be sent to her location for further investigation.

15.      Your affiant did a check in CLEAR regarding the return address on PARCEL 4.  According to CLEAR, the name "Biehl" is not associated with the return address.

16.     On or about July 3, 2020, your affiant was contacted by the Commerce Post Office regarding the arrival of PARCEL 5 at their office.  PARCEL 5 is addressed to A1 Stickers & Decals, 5211 Washington Blvd, Suite 2 #276, Commerce, CA 90040 with no return address information.  Your affiant requested PARCEL 5 be sent to her location for further investigation.

17.     On or about July 6, 2020, your affiant received PARCEL 4.

18.     On or about July 8, 2020, your affiant received PARCEL 5.

19.     Cincinnati Police Department Specialist Mike Harper was contacted to arrange for a narcotic canine to check PARCEL 4 and 5.  Specialist Harper responded to the Postal Inspection Service office, Cincinnati, Ohio where the parcels were placed in a separate controlled area and presented to narcotic canine, "Cairo". "Cairo" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon PARCEL 4 and 5.  Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

20.     PARCEL 1 is further identified as follows: a U.S. Postal Service Priority Mail Medium Flat Rate cardboard box 11" x 8 1/2" x 5 1/2" in size, bearing tracking number 9505 5165 6764 7371 41, weighing 1 pound 10 ounces, postmarked June 17, 2020; see address information below:

|  |  |
|---|---|
| Sender: | Addison Hensley<br>4134 Richardson Rd<br>Independence, KY 41051 |
| Addressee: | A1 Stickers and decals<br>5211 Washington Blvd Suite 2 #276<br>Commerce, CA 90040 |

21.     PARCEL 2 is further identified as follows: a U.S. Postal Service Priority Mail Express Flat Rate envelope 12 1/2" x 9 1/2" in size, bearing label number EJ422684603US, weighing 11.7 ounces, postmarked June 22, 2020; see address information below:

|  |  |
|---|---|
| Sender: | Joe Haas<br>400 Berry Ave<br>Bellevue, KY 41073 |
| Addressee: | A1 Stickers and decals<br>5211 Washington blvd Suite 2 #276<br>Commerce, CA 90040 |

22.     PARCEL 3 is further identified as follows: a U.S. Postal Service Priority Mail Express Tyvek envelope 11 5/8" x 15 1/8" in size, bearing tracking number 9481 7036 9930 0037 7294 03, weighing 2 ounces, postmarked June 22, 2020; see address information below:

|  |  |
|---|---|
| Sender: | Austyn Noonan<br>1491 Arlington Dr<br>Florence, KY 41042-9377 |
| Addressee: | A1 Stickers and Decals<br>5211 E Washington Blvd Ste 2<br>Commerce, CA 90040-3963 |

23.     PARCEL 4 is further identified as follows: a U.S. Postal Service Priority Mail Medium Flat Rate cardboard box 12" x 3 1/2" x 14" in size, bearing tracking number 9505 5066 1186 0181 0994 73, postmarked June 29, 2020; see address information below:

|  |  |
|---|---|
| Sender: | Bryson Biehl<br>6536 hearne Rd<br>Cincinnati, Ohio 45248 |
| Addressee: | A1 Stickers & decals<br>5211 Washington Blvd Suite 2 #276<br>Los Angeles, CA 90040 |

24.     PARCEL 5 is further identified as follows: a white envelope 7" x 4 1/2"in size, bearing tracking number 9505 5265 2061 0181 3486 16, weighing 4 ounces, postmarked June 29, 2020; see address information below:

|  |  |
|---|---|
| Addressee: | A1 Stickers & Decals<br>5211 Washington Blvd Suite 2 #276<br>Commerce, CA 90040 |

25.     This information along with the positive alert of narcotic canine "Cairo" is indicative of a drug package or its proceeds.

26.     Based on the information contained herein, your affiant believes that contained in PARCEL 1, PARCEL 2, PARCEL 3, PARCEL 4 and PARCEL 5 is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

27.     The parcels are being secured at the USPIS Field Office, Cincinnati, Ohio pending further investigation.

Therefore, a search warrant to open PARCEL 1, PARCEL 2, PARCEL 3, PARCEL 4 and PARCEL 5 is requested.

Further, your affiant sayeth naught.

_____

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this _9th_ day of _____July_____, 2020.**via electronic means.**

_____

Honorable Stephanie K.Bowman
United States Magistrate Judge

6



United States Postal Inspection Service

Pittsburgh Division

OFFICER AFFIDAVIT

I, _M. Harper_____, am and have been employed by the Cincinnati Police

Department since _2001_. Among other duties, I am currently the assigned handler of

narcotics detection canine "Cairo" which is trained and certified in the detection of the presence

or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On _6/24/2020_____, at the request of Postal Inspector K. O'Neill, I responded to

Cincinnati Postal Inspection Service office, where "Cairo" did alert to and indicate upon:

[describe item]

9505 5158 6764 0165 7371 41  A1 Stickers and

decals 5211 Washington Blvd Suite 2 #276

Commerce CA 90040 return Addison Hensley

4134 Richardson Rd Independence Ky 41051

_____

Which, based upon my training and experience and that of "Cairo", indicates there is contained

within or upon the above described item, the presence or odor of a narcotic or other controlled

substance.

_____ 6/29/20

(Signature and Date)

_____ 4.29.20

(Signature and Date)

Cincinnati Field Office
5 Central Avenue, Suite 400
Cincinnati, OH 45202-5740
Telephone, 877-876-2455
FAX: 513-684-8009